1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  TIMOTHY RAGE FLANIGAN,                    CASE NO. 1:10-cv-481-AWI-MJS (PC)

10                    Plaintiff,             ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATIONS AND DENYING
11        v.                                PLAINTIFF'S MOTION FOR PRELIMINARY
                                            INJUNCTION
12  GEORGE GURBINO, et al.,
                                            (ECF Nos. 11 & 16)
13                    Defendants.

14  _____/

15        Plaintiff Timothy Rage Flanigan, a state prisoner proceeding pro se and in forma pauperis,

16  has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to

17  a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

18        On December 23, 2010, the Magistrate Judge filed a Findings and Recommendation

19  recommending that Plaintiff's Motion for Preliminary Injunction be denied. (ECF No. 16.)  Plaintiff

20  was notified that any objections to this recommendation were due within thirty days.  More than

21  thirty days have passed and no objections have been filed.

22        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court

23  has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court

24  finds the Findings and Recommendations to be supported by the record and by proper analysis.

25  ///

26  ///

27  ///

28  ///

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.    The Findings and Recommendation, filed December 23, 2010, is adopted in full;

3        2.    Plaintiff's Motion for a Preliminary Injunction (ECF No. 11) is DENIED.

4   IT IS SO ORDERED.

5   Dated:    February 3, 2011

6                                                    CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2